[No. 22923-1-I.   Division One.   October 23, 1989.]

UNITED PACIFIC INSURANCE COMPANY, *Respondent,* v. THE STATE OF WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-08303-7, Edward Heavey, J., entered August 23, 1988. *Reversed* by unpublished opinion per Grosse, A.C.J., concurred in by Deierlein, J. Pro Tem., Scholfield, J., dissenting.

[Nos. 21949-9-I; 22236-8-I.   Division One.   October 23, 1988.]

WILLIAM WOOD, *Respondent,* v. CONCRETE NOR'WEST, INC., *Appellant.*

Appeals from a judgment of the Superior Court for Island County, No. 87-2-00079-1, Richard L. Pitt, J., entered March 11, 1988. *Reversed* by unpublished opinion per Grosse, A.C.J., concurred in by Scholfield, J., and Deierlein, J. Pro Tem.

[No. 21433-1-I.   Division One.   October 23, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. SUZANNE LYNN SPEIGHTS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-03297-0, Jerome M. Johnson, J., entered November 5, 1987. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Webster and Forrest, JJ.